**Exhibit A**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cv-00023-SLR |
| ) | |
| v. ) | |
| ) | |
| ALL TRANS TRANSMISSION, INC. and ) | |
| MARK BULOVAS, SR., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF REVENUE OFFICER SUZANNE FAWLEY

I, Suzanne Fawley, provide the following declaration pursuant to 28 U.S.C. § 1746 in support of the United States' Motion for Default Judgment:

1. I am a Revenue Officer with the Internal Revenue Service.

2. I am over 18 years of age, have personal knowledge of the facts set forth in this declaration, and if called upon to testify to said facts, I could do so competently.

3. I am generally familiar with and have access to records regarding the delinquent federal tax liabilities of All Trans Transmission Inc. ("All Trans"), including the unpaid employment and unemployment taxes that are the subject of the above-captioned action. I have access to the taxpayer account transcripts that are maintained by the Service. I also have personal knowledge of the general manner in which the Service's records are created and maintained.

4. Based on the Internal Revenue Service's investigation of All Trans, Mark Bulovas ("Bulovas") is the sole owner and operator of All Trans.

*Employment Taxes:*

5. All Trans failed to make adequate employment tax deposits for 29 consecutive quarterly periods from the third quarter of 2007 to the first quarter of 2015, inclusive.

6. All Trans filed its employment tax return (Form 941) late with respect to each of the twenty nine consecutive quarterly periods referenced above in paragraph 5.

7. A delegate of the Secretary of the Treasury made the following assessments against All Trans based on its failure to pay over to the Internal Revenue Service the federal employment taxes that were due and payable with respect to wages paid to All Trans employees for the taxable periods identified below:

| Tax Period | Assessment Dates | Unpaid Balance as of July 20, 2015 |
|---|---|---|
| Third Quarter 2007 | 7/21/2008<br>11/3/2008<br>11/10/2014 | $15,993.13 |
| First Quarter 2008 | 7/7/2008<br>8/11/2008<br>11/10/2014 | $21,359.20 |
| Second Quarter 2008 | 12/1/2008<br>1/5/2009<br>2/16/2009<br>11/10/2014 | $24,296.44 |
| Third Quarter 2008 | 2/21/2011<br>3/28/2011<br>3/4/2013 | $27,589.58 |
| Fourth Quarter 2008 | 2/21/2011<br>3/28/2011 | $24,801.73 |
| First Quarter 2009 | 2/28/2011<br>4/4/2011 | $15,726.29 |
| Second Quarter 2009 | 2/28/2011<br>4/4/2011 | $17,009.36 |
| Third Quarter 2009 | 2/28/2011<br>4/4/2011 | $17,501.11 |
| Fourth Quarter 2009 | 2/21/2011<br>3/28/2011 | $20,142.45 |
| First Quarter 2010 | 2/21/2011<br>3/28/2011 | $24,505.64 |

14516641.1

| Second Quarter 2010 | 2/21/2011<br>3/28/2011 | $7,923.35 |
|---|---|---|
| Fourth Quarter 2010 | 4/9/2012<br>11/11/2013<br>11/10/2014 | $19,759.37 |
| First Quarter 2011 | 3/26/2012<br>5/21/2012<br>11/11/2013<br>11/10/2014 | $12,331.75 |
| Second Quarter 2011 | 3/26/2012<br>4/30/2012<br>11/11/2013<br>11/10/2014 | $5,931.90 |
| Third Quarter 2011 | 4/2/2012<br>5/7/2012<br>6/11/2012<br>11/11/2013<br>11/10/2014 | $7,781.88 |
| Fourth Quarter 2011 | 4/16/2012<br>7/30/2012<br>11/11/2013<br>11/10/2014 | $13,386.32 |
| First Quarter 2012 | 9/10/2012<br>10/15/2012<br>11/11/2013<br>11/10/2014 | $10,434.48 |
| Second Quarter 2012 | 10/1/2012<br>11/5/2012<br>11/11/2013<br>11/10/2014 | $3,712.74 |
| Third Quarter 2012 | 2/25/2013<br>4/15/2013<br>6/11/2012<br>11/11/2013<br>11/10/2014 | $1,150.50 |
| Fourth Quarter 2012 | 4/8/2013<br>5/13/2013<br>5/27/2013 | $13,835.17 |
| First Quarter 2013 | 7/8/2013<br>8/12/2013<br>9/9/2013 | $3,034.55 |

| Second Quarter 2013 | 10/7/2013<br>11/11/2013<br>12/2/2013<br>11/10/2014 | $5,198.04 |
|---|---|---|
| Third Quarter 2013 | 1/6/2014<br>2/10/2014<br>3/17/2014 | $3,144.64 |
| Fourth Quarter 2013 | 3/31/2014<br>5/5/2014<br>6/2/2014 | $5,490.01 |
| First Quarter 2014 | 7/7/2014<br>8/11/2014<br>9/22/2014 | $9,018.86 |
| Second Quarter 2014 | 9/29/2014<br>11/3/2014<br>12/22/2014 | $11,274.64 |
| Third Quarter 2014 | 12/22/2014<br>2/9/2015<br>4/13/2015 | $11,588.70 |
| Fourth Quarter 2014 | 4/16/2015<br>5/11/2015 | $9,434.30 |
| First Quarter 2015 | 6/29/2015 | $4,851.72 |
| | TOTAL | $368,207.85 |

8. Proper notice and demand for the payment of the foregoing federal employment tax assessments was sent to All Trans.

9. All Trans has failed to pay the full amounts due and owing, and there remains due and owing to the United States the sum of $368,207.85 as July 20, 2015, plus penalties, interest, and statutory additions accruing thereafter according to law.

*Unemployment Taxes:*

10. A delegate of the Secretary of the Treasury made the following tax assessments against All Trans based on its failure to pay federal unemployment taxes for the taxable periods described below:

14516641.1

| Tax Period | Assessment Dates | Unpaid Balance as of July 20, 2015 |
|---|---|---|
| 2010 | 5/14/2012<br>6/18/2012<br>7/2/2012<br>11/11/2013<br>11/10/2014 | $7,299.37 |
| | TOTAL | $7,299.37 |

11. Notice and demand for payment of the foregoing tax assessments were sent to All Trans.

12. All Trans has failed to pay the full amounts of the federal unemployment taxes due and owing, and there remains due and owing to the United States the sum of $7,299.37 as of July 20, 2015, plus penalties, interest, and statutory additions accruing after those dates according to law.

*Civil Penalty for Failure to Timely File Form W-2:*

13. A delegate of the Secretary of the Treasury made the following federal civil penalty tax assessment against All Trans pursuant to 26 U.S.C. § 6721 for intentional disregard and failure to file W-2's:

| Tax Period | Assessment Dates | Unpaid Balance as of July 20, 2015 |
|---|---|---|
| 2009 | 8/27/2012<br>11/12/2012<br>11/10/2014 | $16,611.68 |
| | TOTAL | $16,611.68 |

14. Notice and demand for payment of the foregoing tax assessment was sent to All Trans.

15. Statutory additions to tax have accrued and will continue to accrue on the unpaid balance of the federal civil penalty tax assessments made against All Trans.

14516641.1

16. All Trans has failed to pay the full amounts due and owing, and there remains due and owing to the United States the sum of $16,611.68 as of July 20, 2015, plus statutory additions accruing after that date according to law.

17. Based on records maintained by the Internal Revenue Service, the Internal Revenue Service's efforts to collect the assessments described above have included (i) conducting repeated in-person visits to the business; (ii) contacting All Trans and Bulovas by certified mail; (iii) filing notices of federal tax lien against the Defendants; (iv) levying all known sources of funds, including All Trans's bank accounts; and (iv) entering an installment agreement with All Trans, upon which All Trans defaulted.

18. The Internal Revenue Service's attempts to administratively collect the unpaid taxes and encourage All Trans to comply with filing and withholding requirements have been unsuccessful in collecting the full amount of the liability.

19. I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 20, 2016

*Suzanne Fawley*
SUZANNE FAWLEY
Revenue Officer, Internal Revenue Service

14516641.1

**Exhibit B**

Department of Defense Manpower Data Center

Results as of : Oct-20-2016 10 05 46 AM

SCRA 3 0



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Last Name: BULOVAS
First Name:
Middle Name:
Active Duty Status As Of: Oct-20-2016

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940) DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL https //kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Addresss  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c)

This response reflects the following information. (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support  This includes Navy Training and Administration of the Reserves (TARs). Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

## Certificate ID: Y0W0SA1FG4EF760

**Exhibit C**

May 9th 2016

To Nelson Wagner 6833
US Department of Justice Trail Attorney.

My Name is Mark Bedows from All-Trans Transmission Inc. Case # 1:16-CV-00023-S_

I received letter May 5th 2016 which I am enclosing a copy.

I received another letter a few weeks ago to notify me of substitute Attorney.

I did not ignore letter I didn't understand it. I thought is was just notify me of another attorney in your office

I did not mean to be in Default

I am seeking legal Representation to help me understand my Rights & what I need to do to comply with you     Thank You
     Mark Bedows Sr.
P.S. I will send you another fax soon

261501798

To
Nelson Wagner
Trial Attorney Tax Division
US Department of Justice
P. O. Box 227
Washington D.C. 20044

May 12th 2016
6:00 AM

I am writing to let you know the Attorney I Retained to Help me from Optima Tax Relief Services is not able to handle the case 1:16 CV-00023 SLR that your office is handling. He advised me to Retain a criminal Attorney which is what I am doing.

As I stated in Fax Letter from earlier in the week I had no intent to ignore your letter or any letter from US Government, Justice Department, or Internal Revenue Service. I opened the envelope on the letter before your letter 5/2/16. I thought it was to notify me of counsel substitution. I did know it was time sensitive & required my response. I have been over whelmed with my wifes Health Issues (Epilepsy).

I am sending you a formal letter & paper work I would like to put in my case file.

The Attorney I Retain on myself will contact you next week.

Thank you
For Taking Time To Read my Fax

Mark Bubasso
Mark Bubasso

2015101798

**OptimaTax**
RELIEF

4/12/2016

Bulovas Sr, Mark
606 Durso Dr
Newark, DE 19711

Dear Mark,

Congratulations on taking this first step to resolving your outstanding tax issues once and for all. We would like to welcome you as a client of Optima Tax Relief, LLC and look forward to working with you and providing the assistance you need.

To begin our work on your case, we will need you to return the attached power of attorney form so that your assigned licensed professional can contact the IRS and/or State Taxing Authorities. Shortly thereafter, you will receive a personal financial questionnaire that must be completed and returned to our office. Upon completion of our initial investigation, you will receive a report detailing our findings and outlining the necessary steps to finalize and resolve your tax issues. Please refer to the enclosed Program Outline to learn more about the process.

In order for us to begin the Investigation on your case and initiate contact with the IRS, we need the following enclosed documents signed, dated and returned immediately:

1. Power of Attorney (Sign page 2 of each Form 2848, Sign page 1 of Form 8821)
2. Client Agreement and Payment Authorization

Please Sign, Date, and Initial where indicated. You can fax or email this information back to us, or we can schedule a pick up from your location. Our fax number is *(800) 449-1649* and my email address is jgazzano@optimataxrelief.com.

Once again, Welcome to Optima Tax Relief and please feel free to contact us anytime should you have any questions or visit us on the web at www.optimataxrelief.com.

Sincerely,

Jonathan Gazzano
*Senior Tax Associate*
Optima Tax Relief, LLC
Phone: (800) 536-0734 x4052
Fax: 1-800-230-2366
Email: jgazzano@optimataxrelief.com

1