IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 16-23-SLR |
| ALL TRANS TRANSMISSION, INC. and MARK BULOVAS, SR., | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

At Wilmington this ___ day of October, 2016,

IT IS ORDERED that a hearing on plaintiff's pending motion for default judgment (D.I. 11) shall be heard on **Thursday, November 17, 2016, at 3:00 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. As per this court's normal practice, plaintiff's counsel should be prepared to recite the facts of record relating to proper service, lack of response, and the relief requested, including the amount of damages requested, if any.

_____
United States District Judge