IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 16-23-SLR |
| ) | |
| ALL TRANS TRANSMISSION, INC. ) | |
| and MARK BULOVAS, SR., ) | |
| ) | |
| Defendants. ) | |

## ORDER

At Wilmington this 1st day of November, 2016, having received a request from plaintiff's counsel to reschedule the hearing on plaintiff's pending motion for default judgment;

IT IS ORDERED that the hearing on plaintiff's pending motion for default judgment originally scheduled for Thursday, November 17, 2016, is hereby rescheduled to **Thursday, December 8, 2016, at 4:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. As per this court's normal practice, plaintiff's counsel should be prepared to recite the facts of record relating to proper service, lack of response, and the relief requested, including the amount of damages requested, if any.

United States District Judge