IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:16-cv-00023-SLR |
| ) | |
| v. ) | |
| ) | |
| ALL TRANS TRANSMISSION, INC. and ) | |
| MARK BULOVAS, SR., ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT

Judgment is hereby entered in favor of the United States and against All Trans Transmission, Inc. for employment and unemployment taxes, penalties, and interest, in the amount of $392,118.90 as of July 20, 2015, plus statutory interest according to law after that date until paid, for (i) employment tax for the 29 consecutive quarterly periods beginning with the third quarter of 2007, up to and including the first quarter of 2015; (ii) unemployment tax for the period ending 12/31/2010; and (iii) the civil penalty assessed by the Internal Revenue Service pursuant to 26 U.S.C. § 6721 with respect to tax year 2009.

DONE and ORDERED this  9th  day of  December , 2016

FOR THE COURT:

_____
UNITED STATES DISTRICT JUDGE